UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prime Success, L.P.,

                    Petitioner,

            v.

Sinovac Biotech Ltd., 1Globe Capital LLC, OrbiMed
Advisors LLC, OrbiMed Capital LLC, OrbiMed
Partners Master Fund Ltd.,

                    Respondents,

            and

Equiniti Trust Company LLC, Cede & Co., and the
Depository Trust Company,

                    Relief Respondents.

25-CV-4989 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The Court has received Petitioner's application for a temporary restraining order and preliminary

injunction in aid of arbitration.  The Court declines to grant any relief *ex parte*.  Petitioner shall serve the

Petition, all supporting documents, and a copy of this Order on all Respondents no later than June 13, 2025

at 5:00 p.m., and may effect service electronically.  Petitioner shall file proof of service on the docket no

later than June 13, 2025 at 7:00 p.m.

        Respondents shall file their opposition, if any, by June 16, 2025, at 5:00 p.m.  Petitioner shall file

its reply, if any, by June 17, 2025, at 5:00 p.m.  The parties shall appear for a hearing on June 18, 2025 at

1:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, New York, NY, 10007.

SO ORDERED.

 Dated:        June 13, 2025
               New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge