**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRIME SUCCESS, L.P.,<br><br>    Petitioner,<br><br>v.<br><br>SINOVAC BIOTECH LTD., 1GLOBE CAPITAL LLC, ORBIMED ADVISORS LLC, ORBIMED CAPITAL LLC, ORBIMED PARTNERS MASTER FUND LTD.,<br><br>    Respondents,<br><br>and<br><br>EQUINITI TRUST COMPANY LLC, CEDE & CO., AND THE DEPOSITORY TRUST COMPANY,<br><br>    Relief Respondents. | Case No. 1:25-cv-04989-RA<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Respondent 1Globe Capital LLC ("1Globe"), by and through its undersigned counsel, hereby submits the following corporate disclosure statement:

    1Globe has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 16, 2025                              Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Morris J. Fodeman*
Morris J. Fodeman
Sheryl Shapiro Bassin
Alexander Luhring
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: mfodeman@wsgr.com
Email: sbassin@wsgr.com
Email: aluhring@wsgr.com

*Counsel for Respondent 1Globe Capital LLC*