# Exhibit 6



**DENIED**

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| SINOVAC BIOTECH LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1GLOBE CAPITAL, LLC, a Delaware ) <br> limited liability company, ORBIMED ) <br> ADVISORS LLC, a Delaware limited ) <br> liability company, DIAO JINGSHA, ) <br> ZHANG YUE, ZONGHAI HU, FENG ) <br> LIU, HOU BO, ZHENG ZHIHUI AND ) <br> CHIANGJIA LI, ) <br> ) <br> Defendants. ) <br> ) <br> 1GLOBE CAPITAL, LLC, a Delaware ) <br> limited liability company ) <br> ) <br> Counterclaim and Third- ) <br> Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SINOVAC BIOTECH LTD., ) <br> ) <br> Counterclaim Defendant, ) <br> ) <br> and ) <br> ) <br> WEIDONG YIN, ) <br> ) <br> Third-Party Defendant. ) <br> ) | C.A. No. 2018-0143-JTL |

## [PROPOSED] SCHEDULING ORDER

1. The following schedule shall govern proceedings in the above-captioned action:

| | |
|---|---|
| a. Deadline for serving responses and objections to written discovery. | July 31, 2018 |
| b. Deadline for completion of production of documents and exchange of privilege logs. | August 22, 2018 |
| c. Deadline for completion of depositions. | September 21, 2018 |
| d. 1Globe and OrbiMed shall file briefs in opposition to the Motion for Partial Summary Judgment and any cross-motions for summary judgment. | September 28, 2018 |
| e. Sinovac shall file a reply in support of the Motion for Partial Summary Judgment and an opposition to any cross-motions for summary judgment. | November 2, 2018 |
| f. 1Globe and OrbiMed shall file replies in support of any cross-motions for summary judgment. | November 16, 2018 |
| g. The Court shall hear argument on the Motion for Partial Summary Judgment and any cross-motion for summary judgment. | November [--], 2018 at [--] |
| h. Identification of expert witnesses and general statement of subject matter of expert testimony. | November 19, 2018 |
| i. Exchange of opening expert report(s) and all materials relied upon by expert(s) in such report(s) not previously produced by the parties, subject to the terms of any expert discovery stipulation. | December 7, 2018 |
| j. Exchange of rebuttal expert report(s), if any, and all materials relied upon in such report(s) not previously produced, subject to the terms of any expert discovery stipulation. | January 11, 2019 |
| k. Completion of expert discovery, including expert depositions, with the exception of any expert discovery subject to a motion to compel or for a protective order pending on this date (the parties shall exercise best efforts to coordinate a mutually convenient expert deposition schedule) | January 18, 2019 |

| | |
|---|---|
| l. Parties to exchange lists identifying any witnesses (including adverse, third-party, and experts) who may be called at trial. Any potential witness identified on such list and not previously identified shall be made available for deposition within 14 days following the disclosure of the witness. | February 1, 2019 |
| m. Sinovac to provide the other parties with an initial draft of the trial exhibit list and pre-trial order. | February 8, 2019 |
| n. Filing of motions *in limine*, and any opening briefs in support thereof, if any. | February 8, 2019 |
| o. 1Globe and OrbiMed to provide a responsive draft pre-trial order showing changes, and additions, to joint exhibit list. | February 15, 2019 |
| p. Responses to motions *in limine*, if any. | February 20, 2019 |
| q. Joint submission of pre-trial order, including joint exhibit list. | February 22, 2019 |
| r. Parties to serve and file their respective opening pre-trial briefs. | February 28, 2019 |
| s. Parties to serve and file their respective reply pre-trial briefs. | March 29, 2019 |
| t. Pre-trial conference, by telephone. | April [--], 2019 |
| u. Trial. | April [--]-[--], 2019, at [--] |

2. Depositions shall be taken on reasonable notice, and the parties shall work together in good faith on the scheduling of depositions.

3. The dates set forth in Paragraph 1(o)-(u) may only be amended by order of the Court. The parties may amend all other dates set forth in Paragraph 1 of this Order by written agreement, without Court approval.

3

SO ORDERED this _____ day of _____, 2018.

_____
Vice Chancellor J. Travis Laster

4

5855200

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | J Travis Laster |
| **File & Serve Transaction ID:** | 62270760 |
| **Current Date:** | Aug 08, 2018 |
| **Case Number:** | 2018-0143-JTL |
| **Case Name:** | Sinovac Biotech Ltd. v. 1Globe Capital, LLC |
| **Court Authorizer:** | Laster, J Travis |

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer Comments:**

This matter presents important issues of foreign law that should be addressed by the Antigua court. The requested schedule is therefore denied.

**/s/ Judge Laster, J Travis**