**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Prime Success, L.P., | Civil Action No. 25-CV-4989 (RA) |
| Petitioner, | |
| vs. | |
| Sinovac Biotech Ltd., 1Globe Capital LLC, OrbiMed Advisors LLC, OrbiMed Capital LLC, OrbiMed Partners Master Fund Ltd., | |
| Respondents. | |
| and | |
| Equiniti Trust Company LLC, Cede & Co., and the Depository Trust Company, | |
| Relief Respondents, | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Mark A. Harmon, Esq., of Chiesa Shahinian & Giantomasi PC hereby enters his appearance as counsel for Relief Respondent Equiniti Trust Company, LLC, in the above-captioned matter and hereby requests that all papers be served upon the undersigned. For electronic notifications, my email address is mharmon@csglaw.com, and additionally, ecf@csglaw.com.

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Relief Respondent Equiniti Trust Company, LLC*
By /s/ Mark A. Harmon
      Mark A. Harmon

Dated:  June 17, 2025

Mark A. Harmon, Esq. (1041482)
11 Times Square, 34th Floor
New York, NY  10036
212.973.0572
Email:  mharmon@csglaw.com