**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Prime Success, L.P.,<br><br>Petitioner,<br><br>v.<br><br>Sinovac Biotech Ltd., 1Globe Capital LLC, OrbiMed Advisors LLC, OrbiMed Capital LLC, OrbiMed Partners Master Fund Ltd.,<br><br>Respondents,<br><br>and<br><br>Equiniti Trust Company LLC, Cede & Co., and the Depository Trust Company,<br><br>Relief Respondents. | Case No. 1:25-cv-04989-RA<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf of Respondent Sinovac Biotech Ltd. in the above-captioned action:


Jason C. Hegt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jason.hegt@lw.com


Dated: October 20, 2026
New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**


/s/ Jason C. Hegt
Jason C. Hegt
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jason.hegt@lw.com

*Attorneys for Sinovac Biotech Ltd.*