OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: DLUTFY@OLSHANLAW.COM
DIRECT DIAL: 212.451.2392

October 20, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Folely Square, Room 2203
New York, NY 10007

Re: *Prime Success, L.P. v. Sinovac Biotech, Ltd. et al.*
Case No. 1:25-cv-04989-RA (S.D.N.Y. 2025)

Dear Judge Abrams:

I write on behalf of Respondent 1Globe Capital, LLC ("1Globe"). 1Globe is prepared to file a copy of the Escrow Service Agreement, which can be obtained through a procedure with the Antiguan courts, pursuant to the Court's October 6 Order. However, Respondent Sinovac Biotech Ltd. ("Sinovac") has requested a two-week extension to "discuss with our client, counsel to the other parties, and relevant non-parties to assess whether the Escrow Services Agreement contains confidential information that may warrant sealing or redactions and whether it is possible to reach agreement on any necessary confidential treatment of this material." See ECF No. 38 at 1. Since filing the Escrow Agreement would moot Sinovac's request, 1Globe has not attached it to this letter, but stands ready to comply with any Court order.

1Globe thanks the Court for its time and consideration.

Respectfully submitted,

*/s/ Daniel J. Lutfy*
Daniel J. Lutfy