**Jason C. Hegt**
+1.212.906.1688
Jason.Hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

October 20, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

**RE:** ***Prime Success, L.P. v. Sinovac Biotech Ltd. et al.*, No. 1:25-cv-04989 (RA)**
**Request for Extension of Time to Respond**

Dear Judge Abrams:

We write on behalf of Respondent Sinovac Biotech Ltd. ("Sinovac"), which recently retained our firm as counsel in the above-referenced action. Pursuant to Paragraphs 1.D. and 4.E of Your Honor's Individual Rules and Practices, we respectfully request a two-week extension—from October 20, 2026 to November 3, 2026—to respond to Your Honor's October 6, 2026 Order (ECF No. 35). The Order directs Sinovac and Respondent 1Globe Capital, LLC to file a letter attaching the Escrow Services Agreement or show cause why such production should not be required.

As the Court may know, there have been several changes to the composition of Sinovac's board of directors over the past two years and certain of those changes are the subject of ongoing litigation in other jurisdictions. Sinovac's current board of directors, which is serving on an interim basis pursuant to an order from the High Court of Justice of Antigua and Barbuda, includes individuals associated with certain of the opposing parties in this lawsuit. Our firm does not represent any such parties and, therefore, has been asked to consider the Company's interests with respect to various matters, including the Sinovac information that was used in this proceeding. Since our retention, we have been working expeditiously to review the prior filings in this case. However, we need additional time to discuss with our client, counsel to the other parties, and relevant non-parties to assess whether the Escrow Services Agreement contains confidential information that may warrant sealing or redactions and whether it is possible to reach agreement on any necessary confidential treatment of this material.

We have conferred with non-parties Heng Ren Silk Road Investments LLC and Alternative Liquidity Capital LP, the parties who submitted the request for production of the Escrow Services Agreement, and they indicated they do not consent. Although we inquired whether there were any upcoming deadlines or exigencies that are preventing them from agreeing to this courtesy extension, they did not respond. This is Sinovac's first request for an extension and the requested extension does not affect any other scheduled dates in this case, which has been closed.

We thank the Court for its consideration and are available to answer any questions.

Respectfully submitted,

/s/ Jason C. Hegt
Jason C. Hegt
of LATHAM & WATKINS LLP

*Counsel for Respondent Sinovac Biotech Ltd.*

cc: All Counsel of Record (via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 21, 2026