**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Prime Success, L.P.,

Petitioner,

v.

Sinovac Biotech Ltd., 1Globe Capital LLC, OrbiMed Advisors LLC, OrbiMed Capital LLC, OrbiMed Partners Master Fund Ltd.,

Respondents,

and

Equiniti Trust Company LLC, Cede & Co., and the Depository Trust Company, Relief Respondents.

Case No. 1:25-cv-04989-RA

**STIPULATION AND ~~[PROPOSED]~~ ORDER SUBSTITUTING COUNSEL**

It is hereby stipulated and agreed, by and between the undersigned, that Jason Hegt and Jooyoung Yeu of Latham & Watkins LLP be substituted as counsel for Respondent Sinovac Biotech Ltd. in place of Morris J. Fodeman, Alexander Luhring, Sheryl Shapiro Bassin of the law firm Wilson, Sonsini, Goodrich & Rosati, PC.

Dated: October 22, 2026
New York, New York

**OUTGOING COUNSEL**
**WILSON, SONSINI, GOODRICH, & ROSATI, PC**[1]

By: */s/ Morris J. Fodeman*
Morris J. Fodeman
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Tel: (212)-447-7704
Fax: (212)-999-5899

**INCOMING COUNSEL**
**LATHAM & WATKINS LLP**

By: */s/ Jason C. Hegt*
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail address: jason.hegt@lw.com

[1] Pursuant to Rule 8.5(b) of the Court's ECF Rules and Instructions, all parties whose electronic signatures are included herein have consented to the filing of this document.

E-mail address: mfodeman@wsgr.com

By:*/s/ Alexander Luhring*
Alexander Luhring
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Tel: (212)-447-7704
Fax: (212)-999-5899
E-mail address: aluhring@wsgr.com

By:*/s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Tel: (212)-447-7704
Fax: (212)-999-5899
E-mail address: sbassin@wsgr.com

By:*/s/ Jooyoung Yeu*
Jooyoung Yeu
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864

**CONSENT OF SINOVAC BIOTECH LTD.**

By:__________________
Jia Zhao, General Counsel

SO ORDERED:

Dated: October 23, 2026

__________________________
Hon. Ronnie Abrams